## MIDFIRST BANK *v.* BRIAN BURKE ET AL.
### (AC 35491)

DiPentima, C. J., and Keller and Bishop, Js.

Argued December 3—officially released December 31, 2013

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## JANET PERRY *v.* JAMES PERRY
### (AC 35114)

DiPentima, C. J., and Bear and Keller, Js.

Argued December 9, 2013—officially released January 7, 2014

Per Curiam. The judgment is affirmed.

## MIGUEL BELTRAN *v.* COMMISSIONER OF CORRECTION
### (AC 34377)

Beach, Alvord and Flynn, Js.

Argued December 4, 2013—officially released January 7, 2014

Per Curiam. The appeal is dismissed.